IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GREGORY MCKEITH SMITH,**  **PLAINTIFF**
ADC #099032

v.   Case No. 4:21CV00074-LPR-JTK

**TIM RYALS**  **DEFENDANT**

## ORDER

The Court has received the Proposed Findings and Recommended Disposition ("PFRD") submitted by United States Magistrate Judge Jerome T. Kearney and Mr. Smith's timely objections thereto. After a careful and *de novo* review of the PFRD, the objections, and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.[1]

IT IS, THEREFORE, ORDERED that:

1. Defendant Ryals's Motion for Summary Judgment (Doc. No. 20) is GRANTED;

2. Judgment will be entered in favor of Defendant Tim Ryals.[2]

IT IS SO ORDERED this 12th day of May 2022.

---

[1] In significant part, Judge Kearney's PFRD was based on Mr. Smith's lack of a Response to Defendant's Motion for Summary Judgment. One day after Judge Kearney issued his PFRD, the Clerk docketed a Response from Mr. Smith (Doc. 25). Normally, I would send the PFRD back to Judge Kearney to decide in the first instance whether to accept the late Response and whether (if accepted) the Response would change the recommendations in the PFRD. However, in this case, the three-page Response fails to come anywhere near compliance with Federal Rule of Civil Procedure 56, Local Rule 56.1, Local Rule 7.2, and Judge Kearney's December 27, 2021 Order (Doc. 23). So even if deemed timely or allowed as a late filing, the Response would not alter the PFRD.

[2] While adopting the entire substance of the PFRD, the Court disagrees on the technical disposition of the case (*i.e.*, dismissal vs. entry of judgment).

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE