IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GREGORY MCKEITH SMITH,**  **PLAINTIFF**
**ADC #099032**

v.   Case No. 4:21CV00074-LPR

**TIM RYALS**   **DEFENDANT**

## JUDGMENT

Pursuant to the order filed on this date, it is considered, ordered, and adjudged that judgment is entered in favor of Defendant Tim Ryals.

IT IS SO ADJUDGED this 12th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE